United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE LUIS PARRA,
Plaintiff,

v.

LIBERTY INSURANCE CORPORATION,
Defendant.

Case No. 26-cv-01199-WHO

**ORDER TO SHOW CAUSE RE: DISMISSAL AND PAYMENT OF COSTS**

Re: Dkt. No. 18

The parties have filed a joint discovery dispute letter with the court. In it, defendant Liberty Insurance Corporation ("Liberty") asserts that plaintiff Jorge Luis Parra has failed to adequately participate in the discovery process, including by failing to appear for a scheduled deposition and failing to serve fully executed verifications for discovery responses served on Liberty. *See* Dkt. No. 18. Parra's counsel represents that they have been unable to get in contact with Parra since May 2026 and will be moving to withdraw as counsel of record. *Id.* at 2. Parra's counsel also acknowledges that they failed to properly calendar and then cancel the deposition of their client in advance. *Id.* at 4.

In view of the above, I order as follows:

i) Parra's current counsel shall pay all reasonable fees and costs to Liberty for Parra's non-appearance at the deposition—but for their calendaring failure, these costs would not have been incurred.

ii) Parra **must show cause** why this case should not be dismissed for failure to prosecute. If Parra wishes to continue to litigate this case, he shall:

a. Serve his fully executed verifications for his discovery responses on Liberty **within 14 days** of this order;

b. Provide Liberty with three potential dates for his deposition **within 30 days of this order**; and

c. File a response with this court **no later than September 8, 2026** expressing his desire to continue the litigation and informing the court who will be representing him or if he will be representing himself.

The hearing on the order to show cause is set for **September 15, 2026 at 2 p.m.** via Zoom videoconference. If Parra fails to comply any of the three requirements set out above, this case will be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: August 11, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California