United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS PARRA,<br>Plaintiff,<br>v.<br>LIBERTY INSURANCE CORPORATION,<br>Defendant. | Case No. 26-cv-01199-WHO<br><br>**DISMISSAL FOR FAILURE TO PROSECUTE** |

On August 11, 2026, I issued an Order To Show Cause Re: Dismissal and Payment of Costs ("OSC") to plaintiff Jorge Luis Parra, requiring him to serve fully executed verifications for discovery responses within 14 days and a response no later than September 8, 2026, expressing his desire to continue the litigation and informing the court who would represent him or that he would represent himself. *See* OSC, Dkt. 19. I warned Parra that I would dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b) if he failed to comply with either requirement. *Id.* He has done neither. *See* Defendant Liberty Insurance Corporation's Notice of Failure to Comply, Dkt. No. 20. This matter is now DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: September 11, 2026

William H. Orrick
United States District Judge